IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00056-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ELIZABETH VEGA,
3.  ANTHONY RODRIGUEZ,
6.  JUAN SERRANO-MENDEZ,
7.  KELVIN DURAN,
8.  JAIME LOPEZ,
9.  ERICK MEDINA-CARDONA,

    Defendants.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

      This matter has been scheduled for a two-week jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **April 27, 2009 at 8:00 a.m.** It is

      ORDERED that all pretrial motions shall be filed by **March 18, 2009** and responses to these motions shall be filed by **March 25, 2009**. It is further

      ORDERED that a Trial Preparation Conference is set for **April 24, 2009 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)    jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.


DATED March 3, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge