IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00056-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GARCIA-SANCHEZ,
    a/k/a "CATRACHO,"
2. ELIZABETH VEGA,
3. ANTHONY RODRIGUEZ,
    a/k/a "Silenco,"
4. GERMAN MARTINEZ-REYES,
5. FRANCISCO RAMIREZ-SOTO,
    a/k/a "Tony,"
6. JUAN SERRANO-MENDEZ,
    a/k/a "Snoopy,"
7. KELVIN DURAN,
    a/k/a "Shy Boy,"
8. JAIME LOPEZ,
    a/k/a "Jimmy,"
9. ERICK MEDINA-CARDONA,
    a/k/a "Otto,"
10. CARLOS RAMOS-CARRILLO,
    a/k/a "Chapin,"
11. GUILLERMO HERNANDEZ,
    a/k/a "Memo," and
12. JOSE RAMIREZ-LOPEZ,
    a/k/a "Diablo,"

    Defendants.

**ORDER**

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material to Defendant [Docket No. 160], pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

Having reviewed the motion and being otherwise advised in the premises, the Court finds that good cause supports the same. It is therefore

ORDERED that the Government's Motion To Disclose Grand Jury Material to Defendant [Docket No. 160] is granted.  It is further

ORDERED that the Government may disclose  Grand Jury material to the Defendants and their attorneys in the course of discovery in this case. It is further

ORDERED that Defendants, their attorneys, and the attorneys' agents shall use such materials in defending this case; that such materials shall be disclosed only to the Defendants, their attorneys and the attorneys' agents; that the Defendants' attorneys shall maintain custody of such materials; and that such materials shall be returned to the United States at the end of the case.

DATED August 12, 2009

BY THE COURT:

 s/ Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge