IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00056-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JOSE GARCIA-SANCHEZ,
2.   ELIZABETH VEGA,
3.   ANTHONY RODRIGUEZ,
4.   GERMAN MARTINEZ-REYES,
5.   FRANCISCO RAMIREZ-SOTO,
6.   JUAN SERRANO-MENDEZ,
7.   KELVIN DURAN,
8.   JAIME LOPEZ,
9.   ERICK MEDINA-CARDONA,
10.  CARLOS RAMOS-CARRILLO,
11.  GUILLERMO HERNANDEZ,
12.  JOSE RAMIREZ-LOPEZ,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions to Attorneys for Defendants [Docket No. 161]. In light of the Court's Order [Docket No. 167] granting the government's Motion to Disclose Grand Jury Material to Defendant [Docket No. 160], it is

    ORDERED that the Motion to Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions to Attorneys for Defendants [Docket No. 161] is DENIED as moot.

    DATED August 20, 2009.