IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILIP A. BRIMMER

---

Courtroom Deputy: LaDonne Bush          Date: March 16, 2010
Court Reporter:   Kara Spitler
Interpreters:    Cathy Bahr
                 Marcella Salazar

---

Criminal Action No. 09-cr-00056-PAB

Parties                                 Counsel

UNITED STATES OF AMERICA,               M. J. Menendez

    Plaintiff,

v.

1. JOSE GARCIA-SANCHEZ,                 Darren Cantor
2. ELIZABETH VEGA,                      Elisa Moran
3. ANTHONY RODRIGUEZ,                   Mitchell Baker
6. JUAN SERRANO-MENDEZ,                 Nathan Chambers
7. KELVIN DURAN,                        Charles Elliott
8. JAIME LOPEZ,                         Alaurice Tafoya-Modi
9. ERICK MEDINA-CARDONA,                Paula Ray
10. CARLOS RAMOS-CARRILLO,              Scott Poland
11. GUILLERMO HERNANDEZ,                Scott Jurdem

    Defendants.

---

COURTROOM MINUTES
---

Hearing on Motions

1:34 p.m.     Court in session.

Defendants Vega and Duran are present and on bond. The other defendants are present and in custody.

Interpreters sworn.

**ORDERED:** The following motions are denied as moot:

1. Motion to Exclude Additional Time for Ends of Justice Continuance Under the Speedy Trial Act and to Extend Deadline For the Filing of Discovery Motions (Doc. 268);

2. Unopposed Motion to Exclude Additional Time and for Ends of Justice Continuance Under the Speedy Trial Act and Extension to File Discovery Motions (Doc. 231);

3. Unopposed Motion to Exclude Additional Time and for Ends of Justice Continuance Under the Speedy Trial Act (Doc. 217);

4. Motion to Exclude Additional Time and for Ends of Justice Continuance Under the Speedy Trial Act for Purposes of Filing Discovery Motions (Doc. 269);

5. Motion to Exclude Time for Ends of Justice Continuance and for an Extension of Time to File Discovery Motions (Doc. 243); and

6. Unopposed Motion to Exclude Time for Ends of Justice Continuance and for an Extension of Time to File Discovery Motions (Doc. 219).

**ORDERED:** Motion for Disclosure of Evidence Favorable to the Accused (Doc. 249) is denied.

**ORDERED:** Motion for Disclosure of Exculpatory Evidence (Doc. 255) is denied as moot.

**ORDERED:** Guillermo Hernandez' Motion for Disclosure of Evidence Favorable to the Accused Not Previously Disclosed by the Prosecution or Previously Requested in Other Motions (Doc. 246) is denied.

**ORDERED:** Motion of Defendant Carlos Ramos-Carrillo for Discovery and Inspection (Doc. 220) is denied.

**ORDERED:** Motion and Memorandum for Disclosure of Evidence Favorable to the Accused (Doc. 226) is denied as moot.

**ORDERED:** The following motions are denied:

1. Motion for Early Disclosure of Jencks Material (Doc. 265);

2. Motion for Early Disclosure of Jencks Material (Doc. 229);

3. Motion for Early Disclosure of Jencks Material (Doc. 247); and

4. Motion for Early Disclosure of Jencks Material (Doc. 240).

**ORDERED:** The following motions are granted and the Rule 807 notice is due 30 days before trial:

1. Motion for Notice of Government Intent to Offer Evidence Pursuant to Federal Rule of Evidence 807 (Doc. 262);

2. Motion for Notice of Government's Intent to Introduce Evidence Pursuant to Rule 807, F.R.E.(Doc. 227); and

3. Motion for Notice of Government's Intent to Introduce Evidence Pursuant to FRE Rule 807 (Doc. 264).

**ORDERED:** The following motions are held in abeyance until the Court resolves the wiretap motions:

1. Motion for James Hearing (Doc. 267);

2. Motion for James Hearing (Doc. 239);

3. Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-conspirator Statements (Doc. 259);

4. Guillermo Hernandez' Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for a *James* Hearing to Determine the Admissibility of Alleged Co-conspirator/participant Statements (Doc. 245); and

5. Motion for Pretrial Determination of Admissibility of Co-Conspirator

Hearsay under F.R.E. 801(d)(2)(E) (Doc. 221).

Court is inclined to have a *James* hearing.

**ORDERED:** The following motions are denied:

1. Motion for Bill of Particulars (Doc. 230); and

2. Motion for Bill of Particulars (Doc. 244).

**ORDERED:** The following motions are denied:

1. Motion of Defendant, Carlos Ramos-Carrillo, Pursuant to Fed. R. Crim. P. 12(b)(4)(B) for Notice of the Government's Intention to Use Certain Evidence Which May Be the Subject of a Motion to Suppress (Doc. 225);

2. Request for Notice Pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B) of Government's Intent to Use Evidence (Doc. 261); and

3. Motion for Disclosure of Notice of 12(b)(4)(B) Evidence (Doc. 266).

**ORDERED:** The following motions are taken under advisement:

1. Motion for Discovery of Experts and Their Testimony (Doc. 251);

2. Motion for Notice of Intent to Call Expert Witnesses and for Discovery Pursuant to Fed.R.Crim.P. 16(a)(1)(F) and (G) (Doc. 254);

3. Motion for Expert Notice (Doc. 235); and

4. Motion for Discovery Relating to Expert Opinion Testimony (Doc. 222).

**ORDERED:** The following motions are granted to the extent that the Government shall provide notice of any plea agreements with defendants within one week of entering into such an agreement and also shall provide any *Giglio* material concerning those particular proffers or defendants within 30 days before trial:

1. Motion for Discovery of Statements and Proffers (Doc. 250);

2. Motion to Disclose Substance of Proffers of Cooperating Government Witnesses (Doc. 238); and

3. Motion to Disclose Proffers and Related Brady Material for Cooperating Government Witnesses (Doc. 258).

**ORDERED:** Given the previous ruling, the following motions are denied as moot:

1. Motion to Disclose Proffers and Related Brady Material for Cooperating Government Witnesses (Doc. 258); and

2. Motion to Compel Disclosure of Existence and Substance of Promises, Immunity, Leniency or Preferential Treatment (Doc. 241).

**ORDERED:** Other than the Government providing the interview and identification 30 days before trial, the following motions are denied:

1. Motion for Discovery of Informants (Doc. 234);

2. Motion for Disclosure of Confidential Informants, Cooperating Witnesses, and Prosecution Witnesses Whose Identity Is Presently Withheld (Doc. 256);

3. Motion for Particularized Discovery Concerning Informants (Doc. 257);

4. Motion to Disclose Identity of Government Informants Who Are Percipient Witnesses (Doc. 237);

5. Motion for Disclosure of Confidential Informant(s) (Doc. 224); and

6. Guillermo Hernandez' Motion for Disclosure of Confidential Informants (Doc. 248).

**ORDERED:** The following motions are granted in part and denied in part as set forth on the record:

1. Motion to Disclose Evidence Under 404(b) and 609 of the FRE (Doc. 252);

2. Motion for Disclosure Pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence (Doc. 223);

       3.      Motion for Government to Disclose Rule 404(b), 608 and 609 Evidence Sought to Be Used by the Government at Trial (Doc. 236); and

       4.      Motion for Disclosure Pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence (Doc. 253).

**ORDERED:** The following motions are denied:

       1.      Motion to Preserve Tapes and Notes (Doc. 263);

       2.      Motion for Preservation of Tapes and Notes (Doc. 260);

       3.      Motion for Preservation of Tapes and Notes (Doc. 242); and

       4.      Motion for Preservation of Government Notes (Doc. 228).

**ORDERED:** The following motions shall be filed by May 17, 2010: (1) wiretap motions, (2) motions to suppress and (3) any motions other than motions to sever and motions in limine.

**ORDERED:** Hearing on wiretap and other motions is set June 18, 2010, at 2:00 p.m. Government shall file a response within 10 days thereafter.

**ORDERED:** Motions regarding the exclusion of time shall be filed within 10 days.

**ORDERED:** Defendant Vega's bond and Defendant Duran's bond are continued until June 18, 2010. The other defendants are remanded to the custody of the U. S. Marshal.

2:31 p.m.     Court in recess.

Hearing concluded.
Time: 00:57