IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00056-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. ANTHONY RODRIGUEZ,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Government's Motion to Dismiss [Docket No. 652]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Government's Motion to Dismiss [Docket No. 652] is granted. Counts One, Two, Three, and Eight of the Indictment against defendant Anthony Rodriguez are dismissed.

    DATED April 27, 2011.

                                            BY THE COURT:

                                            PHILIP A. BRIMMER
                                            United States District Judge